AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| CASE NUMBER: | 1:05CR00043 | Judgment - Page 2 of 6 |
|---|---|---|
| DEFENDANT: | BENJAMIN NELSON CABRAL | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 DAYS .

[ ]  The court makes the following recommendations to the Bureau of Prisons:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 08 2006

[✓]  The defendant is remanded to the custody of the United States Marshal. at 9 o'clock and 45 min. AM
SUE ___ CLERK

[ ]  The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _ on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  10-12-06  to  FDC Honolulu

at  Honolulu, HI , with a certified copy of this judgment.

John T Rathman
WARDEN ~~UNITED STATES MARSHAL~~

By  W. Tsai
LTE  ~~Deputy U.S. Marshal~~