# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/23/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00043 |
| CASE NAME: | USA v. Benjamin Nelson Cabral |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/23/2007 | TIME: | 2:03 - 2:16 |

COURT ACTION:  EP: Order to Show Cause Why Probation Should Not be Revoked - deft present in custody.  Probation Officer Mark Nugent present.

Defendant admits to violating conditions of Probation.
Court finds violations made.
Probation is revoked.

Sentencing:
Imprisonment 4 months.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by Richlyn W. Young, courtroom manager