AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

894891

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST FILED IN THE UNITED STATES DISTRICT COURT |
| V. | Case Number: CR 05-00043-01 DISTRICT OF HAWAII |
| BENJAMIN NELSON CABRAL | JAN 2 4 2007 |
| (Name and Address of Defendant) | at ____ o'clock and ____ min. ____ M SUE BEITIA, CLERK |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST BENJAMIN NELSON CABRAL and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

RECEIVED 2006 DEC 21 AM 11:32 U.S. MARSHAL SERVICE HONOLULU, HI

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ | DECEMBER 21, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: Barry M. Kurren, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____ .

| Date Received 12/21/07 Date of Arrest 12/21/07 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER /s/ Tony Cole |
|---|---|---|