AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 9 2007
at \_\_\_ o'clock and \_\_\_ min. \_\_\_M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **BENJAMIN NELSON CABRAL** | Criminal Number: 1:05CR00043-001 |
| (Defendant's Name) | USM Number: 95343-022 |
| | Loretta A. Faymonville, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓]    admitted guilt to violation of condition(s)   General Condition and Special Condition No. 1   of the term of supervision.

[ ]    was found in violation of condition(s) \_\_\_\_ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) \_\_\_\_ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 23, 2007
Date of Imposition of Sentence

/s/ signature
Signature of Judicial Officer

Defendant's Soc. Sec. No.:    **1885**

Defendant's Residence Address:
**Keaau, Hawaii 96749**

Defendant's Mailing Address:
**Keaau, Hawaii 96749**

**BARRY M. KURREN**, United States Magistrate Judge
Name & Title of Judicial Officer

1.29.2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:05CR00043-001      Judgment - Page 2 of 3
DEFENDANT: BENJAMIN NELSON CABRAL

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject refused to provide urine specimens. | 11/16/2006 |
| | | 11/24/2006 |
| | | 11/27/2006 |
| | | 12/12/2006 |
| 2 | Subject submitted urine specimen which tested positive for marijuana. | 11/29/2006 |
| 3 | Subject submitted a urine specimen which tested positive for marijuana. | 12/20/2006 |
| 4 | Subject admitted that he smoked marijuana. | 12/24/2006 |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
          Sheet 2 - Imprisonment

CASE NUMBER:    1:05CR00043-001                                    Judgment - Page 3 of 3
DEFENDANT:      BENJAMIN NELSON CABRAL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FOUR (4) MONTHS.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

      Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                              By    _____
                                                    Deputy U.S. Marshal